UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADDISON KENNON GOFF, IV AND SHELLEY ANN GOFF | CIVIL ACTION |
| VERSUS | NO. 24-1935 |
| OCEAN HARBOR CASUALTY INSURANCE COMPANY | SECTION "A" (2) |

# ORDER

On December 13, 2024, Magistrate Judge Donna Phillips Currault granted Plaintiffs' Motion for Leave to File First Amended Complaint (Rec. Doc. 8), which was filed in response to **Defendant's F.R.C.P. 12(b)(6) Motion to Dismiss (Rec. Doc. 5)**. (Rec. Doc. 12). Plaintiffs subsequently filed their amended complaint on December 16, 2024. (Rec. Doc. 13).

Courts in the Eastern District of Louisiana have routinely found that the proper course is to deny a Rule 12 motion as moot where a complaint is amended after the motion is filed. *Harrison v. John W. Stone Oil Distribs.*, LLC, No. 23-5037, 2023 WL 7498157, at *1–2 (E.D. La. Nov. 13, 2023) (citations omitted); *Dixon v. Youngblood*, No. 20-743, 2021 WL 765380, at *1–2 (E.D. La. Feb. 26, 2021) (citations omitted); *Kelly v. Domingue*, No. 20-1496, 2020 WL 5877883, at *1–2 (E.D. La. Oct. 2, 2020) (citations omitted). While a court may apply a pending Rule 12 motion to a newly amended complaint, "if applying the pending motion to the amended complaint would cause confusion or detract from the efficient resolution of the issues, then it makes sense to require the defendant to file a new motion specifically addressing the amended complaint." 1 Steven S. Gensler, *Federal Rules of Civil Procedure, Rules and Commentary Rule 15*. Further, when an amended complaint alleges more specific facts, as the amended complaint does here, the motion to dismiss an earlier version of the complaint may be denied as moot. *Hinojosa v. Merchs. & Pro.*

*Bureau, Inc.*, No. 1:19-CV-835-RP, 2020 WL 13413469, at *2 (W.D. Tex. April 30, 2020) (citations omitted).

    Accordingly;

    **IT IS ORDERED** that **Defendant's F.R.C.P. 12(b)(6) Motion to Dismiss (Rec. Doc. 5)** is **DENIED AS MOOT.**

    **IT IS FURTHER ORDERED** that the defendant shall respond to Plaintiffs' First Amended Complaint (Rec. Doc. 13) in accordance with the Federal Rules of Civil Procedure within 14 days of this order's entry.

    January 13, 2025

_____<br>
JAY C. ZAINEY<br>
UNITED STATES DISTRICT JUDGE